AO 245I (Rev. 11/16)   Judgment in a Criminal Case for a Petty Offense
         Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | |
| ROBERT STANTON WITTY | Case No.   3:17-cr-00023 |
| | USM No. |
| | Caryll Alpert, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded   ☐ guilty ☐ nolo contendere to count(s) _____

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

The defendant is sentenced as provided in pages 2 through __1__ of this judgment.

☑ **THE DEFENDANT** was found not guilty on count(s)  __1__

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 6, 2018
Date of Imposition of Judgment

*/s/ Joe B. Brown*
Signature of Judge

JOE B. BROWN, United States Magistrate Judge
Name and Title of Judge

3-6-2018
Date